IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKEY BROWN                                                                                             PLAINTIFF
Reg. # 27002-510

v.                                              4:23CV00649-KGB-JTK

SHARRON CASTLEBERRY, et al.                                                                  DEFENDANTS

**ORDER**

Defendant Castleberry submitted her sworn Affidavit in support of her Motion for Summary Judgment. (Doc. No. 32-1). In Defendant Castleberry's Affidavit she references certain things Phillip Peckham, U.S. Marshals Service Detention Management Coordinator, confirmed to her. To the extent Defendant Castleberry's Affidavit may contain hearsay in connection with her discussions with Mr. Peckham, Brooks v. Tri-Sys., Inc., 425 F.3d 1109, 1111 (8th Cir. 2005), the Court would find it helpful if Defendant Castleberry would provide an affidavit by Mr. Peckham detailing what he told Defendant Castleberry on which dates. It would also be helpful for the Court to know from Defendant Castleberry the dates on which she had contact with Mr. Peckham, or others from the U.S. Marshals Service, regarding Plaintiff's medical care and the substance of the contact on each date. If Defendant Castleberry wishes to supplement her Motion with the items mentioned above, she must do so within ten (10) days of this Order.

IT IS SO ORDERED this 17th day of May, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE